**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AURELIANO ARRAZOLA,<br><br>                            Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting U.S. Attorney General, Executive Office for Immigration Review; PATRICK DIVVER, in his official capacity as San Diego Field Office Director, ICE Enforcement and Removal Operations; CHRISTOPHER LAROSE, in his official capacity as Warden of Otay Mesa Detention Center,<br><br>                          Respondents. | Case No.:  26cv2852 DMS (BJW)<br><br>**ORDER REQUIRING RESPONSE** |

On May 5, 2026, Petitioner filed a Petition for Writ of Habeas Corpus.  Respondent is hereby ordered to show cause why the Petition should not be granted by filing a written response no later than **May 12, 2026**.  Petitioner may file a reply no later than **May 15, 2026**.

To maintain the status quo, Respondent, his officers, agents, servants, employees,

attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at \*1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance. The Court is dealing with unprecedented numbers of habeas petitions and will issue its decision as soon as possible.

**IT IS SO ORDERED.**

Dated:  May 7, 2026

_____
Hon. Dana M. Sabraw
United States District Judge