# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIANO ARRAZOLA,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting U.S. Attorney General, Executive Office for Immigration Review; PATRICK DIVVER, in his official capacity as San Diego Field Office Director, ICE Enforcement and Removal Operations; CHRISTOPHER LAROSE, in his official capacity as Warden of Otay Mesa Detention Center,<br><br>                              Respondents. | Case No.:  26cv2852 DMS (BJW)<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they state Petitioner appears to be a member of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).  They therefore

26cv2852 DMS (BJW)

do not oppose an order from the Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).  Petitioner filed a Traverse stating his preferred remedy is release, but he failed to set forth sufficient facts or evidence to support that remedy.

Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, Petitioner shall have the burden of proving by a preponderance of the evidence that he does not pose a danger to the community or a risk of flight if released on bond.  On or before **July 30, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED.**

Dated:  July 9, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2852 DMS (BJW)